**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

RANDY F. ANDERSON,　　　　　　:　No. 21 WM 2023
　　　　　　　　　　　　　　　　:
　　　　　　　　Petitioner　　　　:
　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　:
　　　　　　v.　　　　　　　　　:
　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　:
HONORABLE LOUIS DAYICH,　　　:
　　　　　　　　　　　　　　　　:
　　　　　　　　Respondent　　　 :

## ORDER

**PER CURIAM**

　　**AND NOW**, this 21st day of June, 2023, the Application for Leave to File Original Process is GRANTED, the Application for Leave to Amend is GRANTED to the extent it seeks leave to amend Petitioner's initial filing, and the "Petition for Writ of Mandamus" is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.